ANN McMANUS, Respondent, *v.* WILLIAM. H. WOOLVERTON, as President of the New York Transfer Company, Appellant.

(Argued May 4, 1893; decided June 6, 1893.)

APPEAL from judgment of the General Term of the Court of Common Pleas for the city and county of New York, entered upon an order made June 27, 1892, which affirmed a judgment in favor of plaintiff, entered upon a verdict, and affirmed an order denying a motion for a new trial.

*John L. Hill* for appellant.

*Henry Schmitt* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed. _____

CHARLES W. N. AKBERG, Respondent, *v.* THE JOHN KRESS BREWING COMPANY, Appellant.

(Argued May 5, 1893; decided June 6, 1893.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made July 22, 1892, which affirmed a judgment in favor of plaintiff, entered upon a verdict.

*George P. Hotaling* for appellant.

*J. Edward Swanstrom* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.